```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                    CASE NO. 07 B 22488
        TONI L CHURLIN
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
                  Debtor
        SSN XXX-XX-1340


     ------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------
           Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

        1.   The case was filed on 11/30/07 .

        2.   The case was dismissed without confirmation, 05/02/2008.

        3.   The Debtor paid a total of $   4100.00 .

        4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | 250.00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | NOT FILED | .00 | .00 |
| PORTSMOUTH CONDOMINUIUM | SECURED | .00 | .00 | 250.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| CREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL BA UNSECURED        NOT FILED               .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED               .00            .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00          .00         .00            .00
PRINCIPAL PAID      500.00           .00          .00         .00         500.00
INTEREST PAID          .00           .00          .00         .00            .00
TOTAL PAID          500.00           .00          .00         .00         500.00
```

The Debtor's attorney, ROBERT N HONIG                , was allowed $   3500.00
and was paid $    226.00   direct and $    2281.62   through the plan.

The Trustee received $     168.38 .

Refunds to the Debtor totaled $    1150.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/20/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 22488 TONI L CHURLIN